UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LALITHA PASEM, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>       Defendant. | Case No. 20-cv-344 (CRC) |

## ORDER

For the reasons stated in the accompanying [18] Memorandum Opinion and based on [19-1] Declaration of John M. Peace, it is hereby

**ORDERED** that [9] Defendant's Motion to Transfer Venue or to Dismiss and for Summary Judgment is GRANTED IN PART and DENIED IN PART.  It is further

**ORDERED** that the Clerk's Office shall sever into two new actions the following plaintiffs:

   Action #1:  Devi Sushma Sanikanti, Shruthi Somashekar, Suman Anand, Shiney Anis Martina Robinson, Heta Bhavesh Parikh;

   Action #2:  Chaitanya Athmakuri.  It is further

**ORDERED** that the Clerk's Office shall transfer Action #1 to the Northern District of Texas and Action #2 to the Central District of California.  It is further

**ORDERED** that the remaining claims are dismissed as moot.

This is a final appealable order.

**SO ORDERED**.

Date: May 21, 2020

```
                                        _____
                                        CHRISTOPHER R. COOPER
                                        United States District Judge
```